UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2012
```

UNITED STATES OF AMERICA

-v-

JOHN A. MATTERA,

              Defendant.

No. 12 Cr. 127 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

As stated on the record at the September 7, 2012 conference, the parties shall comply with the following schedule for pre-trial submissions:

| | |
|---|---|
| November 2, 2012 | The government shall file any motions *in limine* and/or Rule 404(b) notices as well as its exhibit list and witness list. |
| November 13, 2012 | Defendant shall respond to the government's motions and file any of his own motions *in limine* as well as his exhibit list and witness list. |
| | The parties shall submit their joint proposed voir dire and requests to charge. |
| November 19, 2012 | The government shall file a reply and response to Defendant's motions *in limine*, if any. |
| November 27, 2012 | The parties shall appear in Courtroom 21C at 11:30 a.m. for a final pre-trial conference and argument on all pending substantive motions and motions *in limine*. |

Trial in this matter will begin on December 3, 2012 in Courtroom 21C at 9:30 a.m.

IT IS FURTHER ORDERED that, as stated on the record, Defendant's motions for (1) a bill of particulars and (2) discovery are denied. The clerk of court is respectfully requested to terminate the motions pending at Doc. Nos. 20 and 23.

SO ORDERED.

Dated:   September 7, 2012
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE