UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------ x
                                :
UNITED STATES OF AMERICA        :
                                :
             v.                 :
                                :
JOHN A. MATTERA,                :
                                :
             Defendant.         :
                                :
------------------------------ x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2012

**Order**

12 Cr. 127 (RJS)

        WHEREAS, this matter is scheduled for trial on December 3, 2012;

        WHEREAS, the parties have agreed that time should be excluded pursuant to the Speedy Trial Act until that date to permit the parties to prepare for trial, and for the defense to continue its review of the discovery, and because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

THEREFORE, the Court orders that time be excluded from today through and including December 3, 2012 under the Speedy Trial Act because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

Dated:    September *11*, 2012
             New York, New York

_____
Hon. Richard J. Sullivan
United States District Judge