UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2012
```

UNITED STATES OF AMERICA

-v-

JOHN A. MATTERA,

    Defendant.

No. 12 Cr. 127 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the parties shall appear for a conference on October 1, 2012 at 3:30 p.m.

SO ORDERED.

Dated:   September 25, 2012
         New York, New York

                                              _____
                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE