**SCHOEPPL & BURKE, P.A.**
ATTORNEYS AT LAW

4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FLORIDA 33431-5133

TELEPHONE: (561) 394-8301
FACSIMILE: (561) 394-3121
E-MAIL: sbpa@schoepplburke.com

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-13

CARL F. SCHOEPPL*

*ALSO ADMITTED IN NY & DC

OF COUNSEL:
MICHELLE C. BURKE
JONATHAN D. LOUIS, P.A.
ADAM D. PALMER, P.A.

SPECIAL COUNSEL:
BRENDA M. NELSON

ADMITTED IN PA ONLY

MARK J. KRUM

ADMITTED IN
PA, NY, DC, TX & WY ONLY

May 16, 2013

*Via Electronic Mail to*
sullivannysdchambers@nysd.uscourts.gov

Honorable Richard J. Sullivan
United States District Judge
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

    Re:    *United States of America v. John A. Mattera,* Case No. 1:12-cr-00127-RJS (S.D.N.Y.)

Dear Judge Sullivan:

    The law firm of Schoeppl & Burke, P.A. represents Defendant John A. Mattera in the above-captioned case. On October 2, 2012, Mr. Mattera entered a guilty plea. By Order of the Court dated February 27, 2013 [DE 40], Mr. Mattera's sentencing hearing is presently set for Friday, June 7, 2013, at 11:30 a.m., with the Defendant's Sentencing Memorandum due by May 24, 2013 and the Government's Sentencing Memorandum due by May 31, 2013.

    We are writing to Your Honor to respectfully request an adjournment of the foregoing dates because of a conflict with the ongoing final hearing in a particularly complex FINRA arbitration, *Lenore Tepper, Anise Schneiderman, and Montana Queler v. UBS Financial Services, Inc. and David M Simon*, FINRA Case No. 11-04660 (the "Tepper Arbitration"). The final hearing in the Tepper Arbitration, which has been granted expedited status as a result of the advanced age of Mrs. Lenore Tepper, has been more protracted than expected. After an initial final hearing that extended over the course of two full weeks and was not completed, the final hearing has been rescheduled to continue in one week blocks during the weeks of May 20-24, 2013; June 3-7, 2013; and June 24-28, 2013. While we realize that a federal criminal sentencing hearing would normally take precedence

Honorable Richard J. Sullivan
United States District Judge
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
May 16, 2013
Page 2 of 3

over a FINRA arbitration final hearing, because of the advanced age of Mrs. Tepper, and the number of schedules affected (the arbitrators, counsel, witnesses, parties, etc.), we are respectfully requesting an accommodation from the Court.

We are submitting this request to adjourn the deadlines for the filing of Mr. Mattera's sentencing memorandum, the Government's response thereto, and the date for the sentencing hearing.[1] The undersigned counsel has conferred with Eugene Ingoglia, Esq., Assistant United States Attorney, regarding this request. Mr. Ingoglia stated that the Government does not oppose this request.

Respectfully submitted,

SCHOEPPL & BURKE, P.A.

By: *Carl F. Schoeppl*
Carl F. Schoeppl
Counsel for Defendant John A. Mattera

CFS/mb

Copies Furnished To: (*Via Electronic Mail and United States Mail*)

Eugene Ingoglia, Esq.
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
E-mail: Eugene.Ingoglia@usdoj.gov

---

[1] For scheduling purposes, please note that the undersigned counsel will be out of the country between July 1, 2013 and July 15, 2013.

SCHOEPPL & BURKE, P.A.
4651 North Federal Highway, Boca Raton, Florida 33431-5133
Telephone: (561) 394-8301 Facsimile: (561) 394-3121

Honorable Richard J. Sullivan
United States District Judge
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
May 16, 2013
Page 3 of 3

Ms. Simone Belgrave
United States Probation Officer
Southern District of New York
500 Pearl Street
New York, NY 10007
E-mail: simone_belgrave@nysp.uscourts.gov

F:\Matters - DOJ\Correspondence\SullivanMotionLetterRequestAdjournSentencingHearingandMemo 05 16 13FINAL.wpd

> The request is granted.  Sentencing is adjourned to
> June 21, 2013 at 10:30 a.m.  Defendant shall make his
> sentencing submission by June 7, 2013.  The
> government shall make its submission by June 14,
> 2013.

SO ORDERED
Dated: 5/16/13
RICHARD J. SULLIVAN
U.S.D.J.