UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

UNITED STATES OF AMERICA            :

                                    :     12 Cr. 127 (RJS)

    - against -

                                    :

JOHN A. MATTERA,                    :

                      Defendant.    :


------------------------------------ X


## GOVERNMENT'S SECOND SUPPLEMENTAL SENTENCING SUBMISSION


PREET BHARARA,
*United States Attorney for the*
*Southern District of New York,*
*Attorney for the United States*
*of America.*

EUGENE INGOGLIA,
*Assistant United States Attorney*
    *Of Counsel.*

June 20, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

UNITED STATES OF AMERICA           :

                                   :     12 Cr. 127 (RJS)

     - against -
                                   :

JOHN A. MATTERA,                   :

                    Defendant.     :


------------------------------------ X

### GOVERNMENT'S SECOND SUPPLEMENTAL SENTENCING SUBMISSION

        The Government respectfully submits this second
supplemental submission in connection with the sentencing of
defendant John Mattera, currently scheduled for June 21, 2013, to
attach the following: (1) a revised and corrected list of
investor victims, including the names of the investor and the
amount invested/lost (attached as Exhibit A).

Dated:     June 20, 2013

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney


                         By:_____/s/_____
                              Eugene Ingoglia
                              Assistant United States Attorney
                              212-637-1113


cc:      Carl Schoeppl, Esq. *(By email and ECF)*

Exhibit A

U.S. vs. John A. Mattera                    VICTIM LIST
1:12 Cr 000127 (RJS)

| Name | Amount | |
|------|-------:|---|
| Adam Lanois (Lanoir) | $ 40,000.00 | |
| Alan Zimble | $ 50,220.00 | |
| Albert Jr. & Craig E. Angelo; Angelo Investment Comp TR | $ 500,000.00 | |
| Alexander F. & Arleen J. Olivieri | $ 1,750.00 | |
| Alfredo and Gloria Mamaril | $ 40,000.00 | |
| Ann M. Lanoir | $ 30,000.00 | |
| Applebaum Family Trust | $ 28,300.00 | |
| Arthur Kozak | $ 300,000.00 | |
| Audrie and Dr. Jefferey Gaier | $ 120,000.00 | |
| Brendan Bowen | $ 10,000.00 | |
| Brian M. & Sandra Naughton | $ 43,000.00 | |
| Brian Vaugh | $ 30,000.00 | |
| Brittany N. Engh | $ 1,000.00 | |
| Brooks Culley | $ 5,700.00 | |
| Cameron Smith | $ 10,000.00 | |
| Carlos Castillo Jr | $ 208,000.00 | |
| Carmody, Rebecca L. | $ 75,000.00 | |
| Caroline Gadsby | $ 100,000.00 | |
| Cary Drew Portner | $ 35,000.00 | |
| Charles W Bigelow | $ 12,000.00 | |
| Chris (Charles) L. Redfearn | $ 30,000.00 | |
| Chris Dupree | $ 99,000.00 | |
| Christian P Koop | $ 25,000.00 | |
| Christopher Quach | $ 3,000.00 | |
| Curtis K. Tom and Betty M. Tom | $ 25,000.00 | |
| Dan S. Meadows | $ 1,000,000.00 | |
| Daniel E Weinman | $ 5,000.00 | |
| Daniel M. Steyskal | $ 8,000.00 | |
| Darin Frieling | $ 50,000.00 | |
| David Bernard | $ 50,000.00 | |
| David Bollmeier | $ 40,000.00 | |
| David E Kells | $ 21,000.00 | |
| David Eugene Howard | $ 49,450.00 | |
| David Halas | $ 30,000.00 | |
| David K. Dunn | $ 40,000.00 | |
| Dennis and Teresa Leombruno | $ 400,000.00 | |
| Donna E. Merian | $ 5,000.00 | |
| Donna Graham OR Mike Graham | $ 50,000.00 | |
| Dorothy Eileen Chutz | $ 150,000.00 | |
| Drew Mazur | $ 22,000.00 | |
| Elias G Teller | $ 10,000.00 | |
| Family Properties LTD | $ 162,240.00 | |

U.S. vs. John A. Mattera                    VICTIM LIST
1:12 Cr 000127 (RJS)

| Name | Amount | |
|------|-------:|--|
| Focus Financial Consultants | $ 3,000.00 | |
| Fortune International Investments | $ 56,000.00 | |
| Frank Biagioni | $ 30,000.00 | |
| Fabio Cacciatori | $ 129,750.00 | |
| Frank and Debra Piraino | $ 12,000.00 | |
| Frank E Vaughn | $ 24,000.00 | |
| George E. & Louise A. Holland | $ 25,000.00 | |
| George Skaates | $ 21,000.00 | |
| Halas, David | $ 30,000.00 | |
| Harold Engel | $ 45,000.00 | |
| Harold Stulbaum | $ 10,000.00 | |
| Hina Gupta | $ 150,018.00 | |
| Howard & Nikki Applebaum (Trustees) | $ 22,700.00 | |
| Hubbard Family Trust | $ 500,000.00 | |
| Ilya Pozharsky | $ 93,000.00 | |
| Jac-Mar C/O Mark Pyms | $ 25,000.00 | |
| James Archer | $ 42,250.00 | |
| James Lucy | $ 44,000.00 | |
| James H Nottingham | $ 22,500.00 | |
| James Stretch | $ 4,950.00 | |
| Jason Eng | $ 3,000.00 | |
| Jared Reynolds | $ 146,107.00 | |
| Jeff A Overeem | $ 420,000.00 | |
| Jeffrey J. Gaier | $ 120,000.00 | |
| Jeffrey D Greenspan | $ 7,500.00 | |
| Jensina Chutz | $ 25,000.00 | |
| Jeremy & Deena Schwartz  (JBones Holdings, LLC) | $ 55,000.00 | |
| Jerry Lee Bayles | $ 500,000.00 | |
| Jesse Eker (HE & JE Investments LLC) | $ 98,000.00 | |
| John J Gomez | $ 120,000.00 | |
| Joseph & Anne Rapp | $ 30,000.00 | |
| Joseph Reale | $ 30,000.00 | |
| Joshua Chutz | $ 25,000.00 | |
| Kakarla Venkata Chalam | $ 55,000.00 | |
| Kavita G Sahai | $ 39,600.00 | |
| Kenneth Babi | $ 24,000.00 | |
| Kenneth M Bachrach | $ 50,000.00 | |
| Logan Block | $ 3,000.00 | |
| Lou P. Fortunoff | $ 9,000.00 | |
| Luke J. & Janet D. Diolosa | $ 4,000.00 | |
| Macaroni Tubing Defined Benefit Plan (Jerry Bayles dba) | $ 500,000.00 | |
| Marc Irwin Basist IRA | $ 35,000.00 | |

U.S. vs. John A. Mattera                          VICTIM LIST
1:12 Cr 000127 (RJS)

| Name | Amount | |
|---|---|---|
| Marcus Perkal | $ 2,500.00 | |
| Marisa Light Cain | $ 100,008.00 | |
| Mark Gordon | $ 275,000.00 | |
| Mark Pyms (Jac-Mar) | $ 25,000.00 | |
| Mark S & Wendy K Greenspan | $ 5,000.00 | |
| Martin Brewer | $ 50,000.00 | |
| Mary R. King | $ 160,010.00 | |
| Michael Graham | $ 50,000.00 | |
| Michael A. Sgobbo, Trustee | $ 40,000.00 | |
| Michael C. Sgobbo | $ 25,000.00 | |
| Mitchell L. & Laurie Beller | $ 10,000.00 | |
| Mohama, Riyad and Rima | $ 100,000.00 | |
| Neil E. Strosnider | $ 25,000.00 | |
| Nicholas Diolosa | $ 1,000.00 | |
| Nicole Stillings | $ 20,000.00 | |
| Paul & Margaret Meyer | $ 50,000.00 | |
| Perkal, Marcus | $ 2,500.00 | |
| Philipe Sze | $ 50,000.00 | |
| Praefectus Capital | $ 1,500,000.00 | |
| Raymond Dorante | $ 25,000.00 | |
| Ricardo Rossotto | $ 99,975.00 | |
| Richard Family Trust, Judi & Raymond TTR | $ 500,000.00 | |
| Richard A Weber | $ 40,000.00 | |
| Richard F Lenhart | $ 6,000.00 | |
| Ritche L. Carney | $ 99,510.00 | |
| Robbie Sokolowsky | $ 60,000.00 | |
| Robert & Regina M. Spinazzola-Kinney | $ 4,200.00 | |
| Robert D. Ribak | $ 44,000.00 | |
| Robert Masterson | $ 150,000.00 | |
| Robert l. & Judith C. Mills | $ 25,000.00 | |
| Robert Starzel | $ 80,000.00 | |
| Roland Capital - Michael Rosinski | $ 35,000.00 | |
| Ron Chutz | $ 100,000.00 | |
| Ronald J. Enway | $ 30,000.00 | |
| Ronald H. Vaughn | $ 48,505.00 | |
| Sanjeev K Gupta | $ 180,026.00 | |
| Saraswati C. Srikantiah and Venkataraman Lakshmi | $ 85,000.00 | |
| SGSG Consulting, Inc | $ 190,000.00 | |
| Shailesh Gupta | $ 110,000.00 | |
| Shivani V Gupta | $ 60,000.00 | |
| Smithfield Trust Company | $ 60,000.00 | |
| Tagali S. Sudarshan and Nagavalli T. Sudarshan | $ 75,000.00 | |

U.S. vs. John A. Mattera                    VICTIM LIST
1:12 Cr 000127 (RJS)

| Name | Amount | |
|---|---|---|
| Terry & Sharon Willensky | $ 9,900.00 | |
| Theodore Magen | $ 50,000.00 | |
| Thomas Abel | $ 12,000.00 | |
| Thomas Schneider | $ 25,000.00 | |
| Thomas Orifici | $ 10,140.00 | |
| Timothy Durham (wire ref John Aughey) | $ 50,000.00 | |
| Timothy J. Smith | $ 350,000.00 | |
| Tyrone Simons | $ 50,000.00 | |
| Verde Capital, LLC | $ 675,000.00 | |
| Vernon Nyberg and Richard Barnas | $ 30,000.00 | |
| Vishal Gupta MD or Anjali Gupta | $ 50,000.00 | |
| Walter Bill Walker | $ 50,000.00 | |
| William F. Segelken | $ 25,500.00 | |
| William R. Weir & Susan W. Weir | $ 24,000.00 | |
| Xian Feng Peng | $ 1,500.00 | |
| Zachary Nussbaum | $ 102,000.00 | |
| | | |
| | $ 13,617,309.00 | Total |