

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/14

May 6, 2014

<u>VIA ECF AND E-MAIL (sullivannysdchambers@nysd.uscourts.gov)</u>

The Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

Re: <u>United States v. John A. Mattera</u>, 12 Cr. 127 (RJS)

Dear Judge Sullivan:

On August 26, 2013, the Court entered a Final Order of Forfeiture, Docket Item 54, forfeiting, among other assets, $25,000 cash posted as part of John A. Mattera's bail (the "Bail Money"). Pursuant to the Final Order of Forfeiture, all right, title and interest in the Bail Money was forfeited and vested in the United States of America. The Government accordingly respectfully requests that the Clerk of the Court for the United States District Court, Southern District of New York issue a check bearing the docket number of this case, made payable to the "Department of Treasury," and in the amount of $25,000, representing the Bail Money, which has been ordered forfeited to the United States of America.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: /s/ Paul M. Monteleoni
Paul M. Monteleoni
Assistant United States Attorney
Tel. No.: (212) 637-2219

SO ORDERED:

_____           5/22/14
Honorable Richard J. Sullivan       Date
United States District Judge
Southern District of New York