UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John A. Mattera,

    Petitioner,

v.

    Case Nos. 12-cr-127(RJS)
             16-civ-783(RJS)

United States of America,

    Respondent.
_____/

### MR. MATTERA'S MOTION REQUESTING AN EXTENSION OF TIME TO INCLUDE JULY 15, 2018 TO REPLY TO THE GOVERNMENT'S RESPONSE IN OPPOSITION TO HIS 28 U.S.C. § 2255 MOTION

Mr. Mattera received the government's response to his 28 U.S.C. § 2255 filing and is preparing his reply for this court. Mr. Mattera is doing so as an incarcerated and pro se litigant and must overcome the obstacles associated with prison life that hinder an otherwise earlier filing. As such, Mr. Mattera requests an extension of time to include July 15, 2018 to reply to the response of the government.

    The prison in which Mr. Mattera is incarcerated (FCI Coleman Low federal prison in Coleman, Florida) often has recalls for reasons ranging from weather, staff training, staff shortages, census counts, fights, security breaches, staff retirement parties, and other things that inmates are never informed about. These recalls limit inmate movement as they are restricted to the housing units and therefore unable to access the education department which houses the 1 copy machine, 8 non-memory typewriters, and 12 law library computers that are shared by the over 2,000 men incarcerated here. All of these situations combine to a not so conducive environment for the preparation of legal filings.

1

Mr. Mattera believes that an extension of time to include July 15, 2018 will allow him to overcome these obstacles and allow him to properly file his reply with this court. Therefore, Mr. Mattera requests to include July 15, 2018 to file his reply with this court.

Respectfully submitted on this 2nd day of May, 2018 by:

_____
John Mattera
Reg.No.: 97650-004
FCI Coleman Low
P.O. Box 1031
Coleman, FL 33521-1031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have mailed, via U.S. Mail, this motion to:

United States District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, NY 10007-1312

United States Attorneys Office
Southern District of New York
Cecilia E. Vogel
One Saint Andrews Plaza
New York, NW 10007

on this 2nd day of May, 2018.

_____
John Mattera

## VERIFICATION

Under the penalty of perjury pursuant to 28 U.S.C. § 1746, I declare that the factual statements contained in this motion are true and correct to the best of my knowledge.

_____
John Mattera

---

IT IS HEREBY ORDERED THAT Petitioner's time to reply to the government's opposition is extended to July 16, 2018. No further extensions shall be granted. The Clerk of Court is respectfully requested to mail a copy of this order to Petitioner.

SO ORDERED _____
Dated: 5/15/18   RICHARD J. SULLIVAN
                 U.S.D.J.

*This Motion replaces the enclosed Motion dated 25 April 2018 as that was erroneously mailed. Mr Mattera miscalculated time required to reply due to access to resources and recent discovery of supportive material he is currently awaiting.*