UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

JOHN A. MATTERA,

Supervisee.

---

No. 12-cr-127 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter dated July 8, 2024 from the government, *see* Doc No. 108, responding to Supervisee's request for a hearing date on the pending violations of supervised release, *see* Doc. No. 107.   The government opposes any hearing being held before the resolution of the parallel federal criminal proceedings currently before Judge Preska.  *See* 24-cr-117 (LAP). IT IS HEREBY ORDERED THAT Supervisee shall submit a reply apprising the Court of Supervisee's position as to the government's request by July 18, 2024.

SO ORDERED.

Dated:      July 8, 2024
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation