UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOHN A. MATTERA,<br><br>                Supervisee. | No. 12-cr-127 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a status conference on Tuesday, August 6, 2024, at 2:00 p.m. in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:      July 19, 2024
            New York, New York

                                RICHARD J. SULLIVAN
                                UNITED STATES CIRCUIT JUDGE
                                Sitting by Designation