UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN A. MATTERA,

     Supervisee.

No. 12-cr-127 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

  The Court is in receipt of a letter from counsel on behalf of Supervisee dated October 15, 2024, *see* Doc No. 112, providing the Court with an update on the parallel federal criminal proceedings currently pending before Judge Preska, *see* 24-cr-117 (LAP), and renewing Supervisee's request for an immediate hearing date on the alleged violations of supervised release pending before me, *see* Doc. Nos. 107, 112. Given that "a conference is currently scheduled for October 24, 2024" in the underlying criminal matter "at which time a motion schedule will be set and a trial date requested," Doc. No. 112, and in light of the judicial efficiency concerns raised in the government's July 8, 2024 letter, *see* Doc. No. 108, and acknowledged by Supervisee at the August 6, 2024 conference, *see* Aug. 6, 2024 Conf. Tr. 4:22–5:1 (agreeing that a hearing on the violations would "probably not [be] the most efficient use of judicial resources"), the Court finds that, on balance, judicial resources will best be served by staying any hearing on the pending violations of supervised release until after the underlying criminal matter has been resolved. *See United States v. Ramos*, 401 F.3d 111, 118 (2d Cir. 2005) ("[J]udicial efficiency is better served . . . by ascertaining the defendant's guilt once in [the underlying criminal proceeding], rather than twice."); *United States v. McLeod*, 2022 WL 17825535, at *3 (2d. Cir. Dec. 21, 2022)

(same).  IT IS HEREBY ORDERED THAT Supervisee's request for an immediate hearing date on the pending violations of supervised release is denied.

SO ORDERED.

Dated:	October 21, 2024
	New York, New York

*/s/ Richard J. Sullivan*
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation