UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN A. MATTERA,

Supervisee.

No. 12-cr-127 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter, dated April 25, 2025, from Supervisee's counsel requesting that the Court stay the proceedings related to Supervisee's alleged violations of supervised release until the conclusion of his trial in the parallel case before Judge Preska, No. 24-cr-117.  (*See* Doc. No. 122.)  IT IS HEREBY ORDERED THAT the government shall file a letter apprising the Court as to whether it opposes Supervisee's stay request by May 2, 2025.

SO ORDERED.

Dated:    April 25, 2025
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation