UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN A. MATTERA,

                Supervisee.

No. 12-cr-127 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of a letter, dated July 1, 2025, from the government consenting to Supervisee's April 25, 2025 request to stay the proceedings related to the alleged violations of supervised release until the conclusion of Supervisee's trial in the parallel case before Judge Preska, No. 24-cr-117. (*See* Doc. No. 125.) Because the government does not oppose a stay, Supervisee's request is GRANTED.

      Accordingly, IT IS HEREBY ORDERED THAT the parties shall file a joint letter providing the Court with a status update and proposed next steps by October 13, 2025 or within 7 days of the dismissal of the case, the entrance of a guilty plea, or any other event that impacts the date of trial.

SO ORDERED.

Dated:    July 2, 2025
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation