

July 3, 2025

**<u>Via ECF</u>**
Honorable Richard J. Sullivan
United States Circuit Judge for the Second Circuit
40 Foley Square
New York, New York 10007

        Re:    <u>United States of America v. John Mattera</u>
                Ind. No.: 12 Cr. 127 (RJS)

Dear Judge Sullivan:

    Your Honor has assigned me as CJA counsel to represent Mr. Mattera in his VOSR matter pending before you. Together with Edward Sapone, also a member of the SDNY CJA panel, I represent Mr. Mattera in connection with his pending Indictment (24 Cr. 117) before the Honorable Judge Preska. Given the frequent interrelation between the pending indictment and the VOSR matter, and the need to maintain continuity in Mr. Mattera's legal representation, it is my respectful request that Your Honor assign Mr. Sapone as co-CJA counsel to represent Mr. Mattera in his VOSR matter.

    Thank you for your consideration.

```
The request is GRANTED.  IT IS HEREBY ORDERED
THAT Edward Sapone is appointed as co-counsel
to Mr. Mattera pursuant to the Criminal Justice
Act, 18 U.S.C. § 3006A. The Clerk of Court is
respectfully directed to terminate the motion
pending at Doc. No. 127.

SO ORDERED.
July 3, 2025            _____
                        RICHARD J. SULLIVAN
                        United States Circuit Judge
                        Sitting by Designation
```

Sincerely,

SULLIVAN|BRILL, LLP

_____
By: Steven Brill