UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN A. MATTERA,

Supervisee.

No. 12-cr-127 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a letter from Supervisee John Mattera relating to his pending violations of supervised release. Because Supervisee is represented by counsel, he must communicate through counsel or choose to proceed *pro se*. *Clark v. Perez*, 510 F.3d 382, 395 (2d Cir. 2008) ("[T]here is no constitutional right to hybrid representation, whereby a defendant who represents herself can choreograph special appearances by standby counsel." (alteration adopted and internal quotation marks and citations omitted)). IT IS HEARBY ORDERED THAT Supervisee's counsel shall advise the Court by July 28, 2026 as to (i) whether Supervisee wishes to proceed *pro se*; and (ii) if not, whether counsel intends to separately address the issues raised in Supervisee's letter. Pending receipt of counsel's July 28, 2026 submission, the Court will retain – but not docket – Supervisee's letter.

SO ORDERED.

Dated: July 21, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE,
Sitting by Designation