ONE MANHATTAN WEST
30TH FLOOR
NEW YORK, NY 10001

——

(212) 735-3000

EMAIL ADDRESS
CHRISTOPHER.GUNTHER@PROBONOLAW.COM

July 28, 2026

Hon. Richard J. Sullivan
United States Circuit Judge
United States Courthouse
500 Pearl Street, Room 2350
New York, New York 10007

RE:    United States v. John Mattera, No. 12-Cr-127 (RJS)

Dear Judge Sullivan:

I write on behalf of my client, John Mattera.  I recently accepted an offer of employment in the National Fraud Enforcement Division of the U.S. Department of Justice.  I have discussed this with Mr. Mattera and, with his consent, respectfully ask the Court to relieve me as appointed CJA counsel.

Pursuant to Your Honor's Order of July 21, 2026 (Dkt. 138), I can report to the Court that Mr. Mattera does not wish to proceed pro se and that he would respectfully request the appointment of new CJA counsel to address all further matters on his behalf.  Mr. Mattera would like the opportunity to confer with new counsel regarding his letter to the Court that gave rise to Your Honor's July 21 Order.

I have discussed this requested change of counsel with the Government, which has no objection.  I will be out of town August 5 through 7, 2026, but otherwise I am available at the Court's convenience for a conference to address the requested change of counsel.

Respectfully,

/s/ Christopher J. Gunther

cc:    All Counsel (via ECF)