UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

JOHN MATTERA,

Defendant.

No. 12-cr-127 (RJS)

ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Before the Court is Supervisee John Mattera's motion to dismiss the pending violations of supervised release set forth in the Probation Office's report of March 1, 2024. (Doc. No. 150.) According to Mattera, the Court lacks jurisdiction to revoke his term of supervised release because, in his view, time credits that he purportedly earned while he was incarcerated should have been applied under the First Step Act, 18 USC § 3632(d)(4)(C), to reduce his term of supervised release such that his term would have expired before the Court initiated the revocation proceedings. Because, as Mattera concedes, the Second Circuit's decision in *Rivera-Perez v. Stover*, 171 F.4th 196 (2d Cir. 2026), forecloses this argument, the motion is **DENIED**.

Accordingly, IT IS HEREBY ORDERED THAT the parties shall appear for a hearing at 10:00 a.m. on December 15, 2026 in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at which time the Court will determine whether Mattera violated the terms of his supervised release. In light of Mattera's prior guilty plea to the charges underlying his alleged violations of supervised release, *see* Change of Plea Tr. at 23–27, *United States v. Mattera*, 1:24-cr-117 (LAP), Doc. No. 71 (S.D.N.Y. Oct. 7, 2025), the parties shall be prepared to proceed directly to sentencing at the conclusion of the hearing. To that end, IT IS FURTHER ORDERED THAT Mattera shall file his sentencing submission no later than

December 1, 2026, and the government shall file its sentencing submission no later than December 8, 2026. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 150.

SO ORDERED.

Dated: November 18, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE,
Sitting by Designation